IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | MISC. NO. 14-__00087-N__ |
| *IN RE:* GRAND JURY PROCEEDING | ) | UNDER SEAL |
|  | ) | *EX PARTE* |
|  | ) |  |

**APPLICATION FOR *EX PARTE* ORDER TO DISCLOSE
RETURNS AND RETURN INFORMATION**

Comes now the United States of America, by and through Kenyen R. Brown, the United States Attorney for the Southern District of Alabama, and Gregory A. Bordenkircher, Assistant United States Attorney and hereby makes this application to the Court, pursuant to Alabama Code § 40-2A-10(a), for an *ex parte* order directing the Alabama Department of Revenue to disclose to applicant (and to others hereinafter named) returns and return information whether filed individually or jointly, for the **2011, 2012 and 2013,** taxable periods of the following individual and entity:

      Name:     Courtney DuPlessis
      Address:

      DOB:

      Businesses (No Known EINs): no business name

In support of this application, applicant alleges and states the following:

(1) There is reasonable cause to believe, based upon information believed to be reliable, that violations of Title 18, United States Code, Section 1029(a)(5) and Tile 18, United

States Code, Section 1343 have been committed.

The investigation to date has revealed that DuPlessis, while working at Austal USA, misappropriated Delta Airlines Sky Bonus Mile points to her own personal use by booking air travel for herself, her husband, other family members and friends. DuPlessis has depleted most all of Austal's sky miles account. According to Delta Airlines, the value of the tickets purchased is $56,570.00, for Austal to accrue that many points they had to spend in excess of $160,000.00. Further, it appears from Austal records that the defendant may have been wrongfully taking commissions from booking travel for Austal employees and has failed to disclose this to her employer and keeping said commissions for herself.

A review of her bank accounts show unknown sources of income, namely, the ill-gotten commissions and numerous expenditures unexplainable given DuPlessis' employment.

(2)     In light of the forgoing, there is reasonable cause to believe that the above-described returns and return information are or may be relevant to the commission of the above-referenced acts, specifically, whether she submitted a false 2011, 2012 and 2013 tax returns. The tax returns and return information of these individuals and business are needed to also determine legitimate and illegitimate sources of income; and further, to determine whether the returns were used to further conceal criminal activities. The tax returns may provide leads to additional sources of income, assets, and to individual and business bank accounts, which may be used to effectuate the pre-trial restraint of assets.

(3)     The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding.

(4)     The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

Applicant further alleges and states that in addition to the applicant, Assistant United States Attorney Gregory A. Bordenkircher, Special Assistant United States Attorney Sinan Kalayoglu and Special Agent Scott D. Poole, as well as their support staff and other employees assisting them, are personally and directly engaged in investigating the above-mentioned violations of Title 18, United States Code, Section 1029(a)(5) and Title 18, United States Code, Section 1343.

No disclosure will be made to any other person except in accordance with the provisions of Title 26, United States Code, Section 6103 and 26 C.F.R. §301.6103(I)-(1).

Therefore, applicant requests that this Court enter an order, *ex parte,* on this application granting disclosure by the Alabama Department of Revenue of the returns and return information specified in this application. Applicant further requests that this application, and any order issued thereon, be sealed pending further order of the Court.

Respectfully submitted this  12th  day of September, 2014.

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: */s/ Gregory A. Bordenkircher*
Gregory A. Bordenkircher (BORDG3301)
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
(251) 415-7105



Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Sandra Rey*
Deputy Clerk
Date: September 16, 2014