IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE MOTION ) <br> OF THE UNITED STATES TO ) <br> DISCLOSE RETURNS AND ) <br> RETURN INFORMATION ) <br> ) | CASE NO. MJ-14-00087-N <br><br> Filed Under Seal |

## MOTION TO SEAL CASE

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the case regarding the above-captioned matter until December 8, 2014.

Government agents from the Federal Bureau of Investigation are currently investigating an individual suspected of alleged criminal activity. This investigation is neither public nor known to the target of the investigation, and its disclosure may alert the target to the existence and nature of the ongoing investigation. Accordingly, there is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving target an opportunity to flee or continue flight from prosecution, influence or intimidate witnesses, destroy or tamper with evidence, change patterns of behavior, or notify confederates. The United States therefore requests that the case be sealed until December 8, 2014. Should the investigation or need for sealing continue beyond this date, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter until December 8, 2014.

Respectfully submitted this _____ day of _____, 2014.

                                    Respectfully Submitted,

                                    KENYEN R. BROWN
                                    UNITED STATES ATTORNEY

By: */s/ Gregory A. Bordenkircher*
     **Gregory A Bordenkircher (BORDG3301)**
     Assistant United States Attorney
     United States Attorney's Office
     63 South Royal Street, Suite 600
     Mobile, Alabama 36602
     Telephone: (251) 441-5845