IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE MOTION ) <br> OF THE UNITED STATES TO ) <br> DISCLOSE RETURNS AND ) <br> RETURN INFORMATION ) <br> ) | CASE NO. MJ-00087-N <br><br> Filed Under Seal |

## ORDER

This matter is before the Court on the United States' Motion to Seal Case. The Court, after having considered the motion and finding that the best interests of this case will be served by sealing the case until December 8, 2014, ORDERS that the case in the above-captioned matter be sealed until December 8, 2014.

The Court FURTHER ORDERS the United States to immediately notify the Clerk by December 8, 2014 to indicate whether any portion of the case should remain under seal. If the United States indicates that there is no further need to keep the case under seal, the Clerk is DIRECTED to unseal the case, or a portion thereof as the United States advises, without further order of the Court.

DONE AND ORDERED this _____ day of _____, 2014.

U.S. Magistrate Judge Katherine P. Nelson

*Digitally signed by U.S. Magistrate Judge Katherine P. Nelson*
*DN: cn=U.S. Magistrate Judge Katherine P. Nelson, o=Federal Judiciary, ou=U.S. Government, email=efile_nelson@alsd.uscourts.gov, c=US*
*Date: 2014.09.16 08:36:47 -06'00'*

UNITED STATES MAGISTRATE JUDGE